appellant; *James D. Crawford,* Deputy District Attorney, with him *Robert Campolongo,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

### Commonwealth *v.* Gray, Appellant.

Argued March 20, 1970. *Joseph W. Mullin,* Public Defender, for appellant; *Newton C. Taylor,* Assistant District Attorney, with him *Richard W. Linton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

### Commonwealth *v.* Gray, Appellant.

Argued March 20, 1970. *Joseph W. Mullin,* for appellant; *Newton C. Taylor,* Assistant District Attorney, with him *Richard W. Linton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

### Commonwealth *v.* Hancock, Appellant.

Argued March 9, 1970. *Jo-*